UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARWAN T. MUSTAFA,<br><br>                              Plaintiff,<br><br>       -against-<br><br>NEW YORK CITY, DEPARTMENT OF CORRECTION NYC AND UNNAMED INDIVIDUALS,<br><br>                              Defendants. | 23-CV-6516 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 26, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge